**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| BRADLEY FROST, on Behalf of Himself and Others Similarly Situated, | CASE NO. 1:14-cv-02263 |
| *Plaintiff*, | |
| v. | COLLECTIVE ACTION |
| OIL STATES ENERGY SERVICES, L.L.C., | |
| *Defendant*. | |

# COMPLAINT

### SUMMARY

1. Oil States Energy Services, L.L.C. is an oilfield services company. To provide its services, Oil States employs Tool Operators. Tool Operators are blue collar workers who install, remove, and maintain wellhead equipment.

2. Although they regularly work 60 or more hours in a week, Oil States does not pay them overtime. Instead, Oil States pays them a salary plus bonus basis, with no overtime pay, in violation of the Fair Labor Standards Act (FLSA). Bradley Frost brings this action to recover the unpaid overtime wages and other damages owed to him and the other Tool Operators.

### JURISDICTION & VENUE

3. This Court has federal question subject matter jurisdiction. *See* 28 U.S.C. § 1331 & 29 U.S.C. § 216(b). It can grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 *et seq*.

4. Oil States resides, and does business, in this District and a substantial part of the events alleged herein occurred in this District.

5. Frost lives in this District.

6. Oil States hired Frost in this District.

1

7. Frost *only* worked for Oil States in this District.

8. Frost was denied overtime wages in this District.

9. The witnesses to the overtime violations suffered by Frost worked with him in this District.

10. On information and belief, the payroll records and other documents related to the payroll practice Frost challenges are located in this District.

11. Venue is proper in this District. *See* 28 U.S.C. §§ 1391 (b) & (c).

## PARTIES

12. Frost is a Field Operator employed by Oil States. He has worked for Oil States for several years. Frost's written consent to this action is attached.

13. Frost brings this action on behalf of himself and all other similarly situated Tool Operators who were paid on Oil States' salary plus bonus system.

14. This group includes, but is not necessarily limited to, workers employed in Oil States' "OSES - Tool Operator" position(s).

15. However, this group specifically excludes Field Service Supervisors (including, but not limited to, Grease Operators and Crane Operators).

16. There is no overlap between the class proposed in this case and the class proposed in *West v. Oil States Industries, Inc.,* Case No. 4:14-cv-1420 (M.D. Penn.).

17. Oil States paid all Tool Operators according to the same basic pay plan.

18. Each Field Operator receives a base salary, plus certain jobs bonuses, but no overtime premium for hours worked in excess of 40 in a workweek.

19. Oil States is a corporation operating throughout the US. It employs Tool Operators in Colorado and elsewhere. It can be served through its registered agent.

## FACTS

20. Oil States is an oilfield services company.[1]

21. In each of the past three years, Oil States' gross revenues exceeded $1 billion, far in excess of the $500,000 necessary for coverage under the FLSA.

22. Oil States employs hundreds of individuals – including Frost – as Tool Operators.

23. The Tool Operators routinely handle goods or materials – such as hard hats, tools, steel toe shoes, automobiles, and cell phones – that moved in, or were produced for, interstate commerce.

24. Tool Operators' primary job duties are the installation, removal, and maintenance of the wellhead isolation tools and other oilfield equipment.

25. Because of the manual labor required to perform their jobs, Tool Operators must be able to lift and move materials up to 95 pounds.

26. Tool Operators must also be able to push and pull up to 140 pounds of force, bend, stand, kneel, carry, sit, and climb for extended periods of time each day.

27. Because of the nature of their work, Tool Operators must wear safety glasses, steel toe boots and ear plugs at all times.

28. As blue collar workers, Tool Operators are entitled to overtime pay.

29. Oil States has, at all relevant times, paid its Tool Operators (including Frost) a salary for the work they perform.

30. Oil States' Tool Operators are non-exempt employees.

---

[1] *See* http://oilstatesintl.com/about/company-overview-1225.html

31. Even if the precise job duties of the Tool Operators vary somewhat, any variations do not impact their entitlement to overtime for hours worked in excess of 40 in a workweek.

32. During most of the relevant period, Oil States scheduled Frost, and the other Tool Operators, using a 21 days on, 7 days off, work schedule.

33. On their days "on," Tool Operators generally work at least 12 hours.

34. Therefore, Frost and the other Tool Operators regularly more than 60 hours a week, significantly more than the 40 hour limit imposed by the FLSA.

35. Oil States knows its Tool Operators work more than 40 hours in a week.

36. Oil States' records reflect the fact that Tool Operators work more than 40 hours a week.

37. It is well established that blue collar workers in general – and these Tool Operators in particular – are not exempt from the overtime provisions of the FLSA.

38. Oil States also knows its Tool Operators are not exempt from the FLSA's overtime provisions (or the provisions of any similar state overtime laws).

39. Nonetheless, Oil States does not pay its Tool Operators overtime for hours worked in excess of 40 in a workweek.

40. Although Oil States has been sued for FLSA violations, it has not corrected its behavior.

41. Oil States' violation of the FLSA was, and is, willful.

### COLLECTIVE ALLEGATIONS

42. Oil States' policy of paying non-exempt Tool Operators on a salary plus bonus basis, with no overtime pay, violates the FLSA.

43. As described above, all Tool Operators have the same primary job duties.

44. As described above, all Tool Operators perform the same essential job duties.

45. As described above, all Tool Operators work more than 40, indeed generally more than 60, hours per workweek.

46. As described above, Oil States pays all Tool Operators according to the same pay plan.

47. Oil States' pay plan affects all the Tool Operators in a similar manner.

48. Frost and the other Tool Operators are similarly situated for the purposes of their overtime claims.

49. The collective action class is therefore properly defined as:

**All Tool Operators employed by Oil States within the past 3 years.**

### FIRST CAUSE OF ACTION – VIOLATION OF THE FLSA

50. By failing to pay Frost and the other Tool Operators overtime at one-and-one-half times their regular rates, Oil States violated the FLSA's overtime provisions.

51. Oil States owes Frost and the other Tool Operators the difference between the rate actually paid and the proper overtime rate. Because Oil States knew, or showed reckless disregard for whether, its pay practices violated the FLSA, it owes these wages for at least the past 3 years.

52. Oil States also owes Frost and the other Tool Operators an amount equal to the unpaid overtime wages as liquidated damages.

53. Frost and the other Tool Operators are entitled to recover all reasonable attorneys' fees, costs, and expenses incurred in this action.

## PRAYER

Wherefore, Frost prays for relief as follows:

1. An order allowing this action to proceed as a representative collective action under the FLSA;

2. Judgment awarding Frost and the other Tool Operators all unpaid overtime compensation, liquidated damages, attorneys' fees, costs, and expenses under the FLSA;

3. A declaration that Oil States violated the FLSA;

4. A declaration that Oil States' violation of the FLSA was willful;

5. A service award for Frost as permitted by law;

6. Pre- and post-judgment interest at the highest rate allowable by law; and

7. All such other and further relief to which Frost and the other Tool Operators may show themselves to be justly entitled.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ Rex Burch**
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
*Attorney-In-Charge for Plaintiff*
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com

Michael A. Josephson
Andrew Dunlap
**Fibich, Hampton, Leebron,
  Briggs & Josephson, LLP**
1150 Bissonnet Street
Houston, Texas 77005
Telephone: (713) 751-0025

DocuSign Envelope ID: 6EC272FF-B0EA-465C-BC47-FE21E6A53CE9

| | |
|---|---|
| IN RE: FLSA CLAIMS AGAINST: ] | COLLECTIVE ACTION |
| ] ] ] | |
| **OIL STATES ENERGY SERVICES, ET AL.** ] | **NOTICE OF CONSENT** |
| ] | |

I consent to be a party plaintiff in an action to collect unpaid wages. I agree to be bound by the Professional Services Agreement.

DocuSigned by:
*Bradley S Frost*
1B7E2055952346A
Signature

Bradley Scott Frost

Full Legal Name (print)

**EXHIBIT 1**