# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02663-REB-NYW

BRADLEY FROST,

    Plaintiff,

v.

OIL STATES ENERGY SERVICES, LLC,

    Defendant.

---

## MINUTE ORDER

---

Magistrate Judge Nina Y. Wang

    This civil action comes before the court on the Joint Motion for Leave to Appear Telephonically at Scheduling Conference ("Joint Motion"), scheduled for February 24, 2015 at 2:00 p.m. [#17 filed February 19, 2015].  Pursuant to the Memorandum dated February 19, 2015 [#18], the matter was referred to this Magistrate Judge.

    IT IS ORDERED that the Parties' Joint Motion is GRANTED.  Counsel is instructed to initiate a conference call between themselves prior to calling Chambers at the appropriate time at **(303) 335-2600**.

DATED: February 20, 2015