**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02663-REB-NYW

BRADLEY FROST, on behalf of himself and others similarly situated,

    Plaintiff,

v.

OIL STATES ENERGY SERVICES, L.L.C.,

    Defendant.

**ORDER GRANTING JOINT MOTION TO TRANSFER VENUE**

**Blackburn, J.**

The matter is before me on the **Joint Motion To Transfer Venue Under 28 U.S.C. § 1404(A)** [#23],[1] filed April 23, 2015.  Having read and considered the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Transfer Venue Under 28 U.S.C. § 1404(A**) [#23], filed April 23, 2015**,** is granted; and

2. That the clerk of the court shall transfer this case to the United States District Court for the Southern District of Texas, Houston Division.

Dated April 23, 2015, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.